**JOHN K. PARK, ESQ. (SBN 175212)**
3255 Wilshire Blvd., Suite 1110
Los Angeles, California 90010
Telephone: (213) 389-3777
Facsimile: (213) 389-3377
park@parklaw.com

Attorneys for Plaintiff,
BEOM SIK KIM

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOM SIK KIM,<br><br>　　　　Plaintiff<br><br>　　　　v.<br><br>FASHION & FASHION.,<br>a California Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants | CASE NO.: 2:15-CV-06163-ODW (GJSx)<br>The Honorable Otis D. Wright, II<br><br>**ORDER ON THE PARTIES' STIPULATION TO DISMISS THE ENTIRE ACTION**<br><br>Complaint Filed: August 13, 2015<br>Trial Date: Not Set |

**ORDER**:

After review of the parties' *Stipulation to Dismiss the Entire Action*, and finding good cause therein:

---

[PROPOSED] ORDER ON THE PARTIES' STIPULATION ON
SETTLEMENT AND PROPOSED MUTUAL DISMISSAL OF THE ACTION

1

THE FOLLOWING IS HEREBY ORDERED:

1. That the entire action be dismissed with prejudice;

2. That each Party will bear his or its own respective costs and attorneys' fees.

SO ORDERED

DATED: July 1, 2016

By: _____
Hon. Otis D. Wright, II